

**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**



U.S. POSTAGE >> PITNEY BOWES

January 9, 2015

ZIP 77002 **$ 000.34⁰**
02 1W
0001372104 JAN 12 2015

RE: Case No. 01-15-00015-CR

Style: Jerrel Anthony Martin
    v. The State of Texas

On **January 09, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a).

T. C. Case # 1443272          Christopher A. Prine, Clerk of the Court

---

Jerrel Anthony Martin
SPN #01088014
Harris County Jail
1200 Baker Street
Houston, TX 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE

CLERK



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**



U.S. POSTAGE ≫ PITNEY BOWES

January 9, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 JAN 12 2015

RE: Case No. 01-15-00015-CR

Style: Jerrel Anthony Martin
v. The State of Texas

On **January 09, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 2** **days from this date.** Tex. R. App. P. 38.6(a).

T. C. Case # 1443272                    Christopher A. Prine, Clerk of the Court

Jerrel Anthony Martin
SPN #01088014
Harris County Jail
1200 Baker Street
Houston, TX 77002